gued September 9, 1974. *Jack J. Levine,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Larry D. Feldman* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Coleman, Appellant.

Before BLOOM, J.

Argued September 12, 1974. *John W. Nails,* for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *John G. Siegle,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Coleman, Appellant.

Before CAMPBELL, P. J., without a jury.

Argued September 11, 1974. *Benjamin Novak,* Assistant Public Defender, with him *James E. Coleman,* for appellant; *C. Kent Price,* Assistant District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: In this appeal involving a robbery conviction, the colloquy covering appellant's alleged waiver of a jury trial was not recorded, and the record in its entirety will not sustain a finding of a knowing and intelligent waiver of such right. *Commonwealth v. Williams,* 454 Pa. 368, 312 A. 2d 597 (1973);